IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY TAYLOR, Individually and on
Behalf of All Others Similarly Situated                                                  PLAINTIFF


v.                                    Case No. 4:21-cv-4092


ARAMARK UNIFORM & CAREER APPAREL, LLC                         DEFENDANT


## ORDER

Before the Court is a Notice of Voluntary Dismissal filed by Plaintiff.  ECF No. 8.  Plaintiff

stipulates that this case should be dismissed without prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).  Plaintiff may dismiss an action without a court order by filing "a notice

of dismissal before the opposing party serves either an answer or motion for summary judgment."

Fed. R. Civ. P. 41(a)(1)(A)(ii).  Rule 41(a)(1) dismissals are effective upon filing, with no court

action required.  *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1080 (8th Cir. 2017).  In this case,

Plaintiff's claims against Defendant were effectively dismissed when Plaintiff filed the Notice of

Voluntary Dismissal.  ECF No. 8.  However, this order issues for purposes of maintaining the

docket.  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of February, 2022.

 /s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge